# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

| | |
|---|---|
| IN RE: <br><br> Edmondo D'Alfonso <br><br><br><br> **Debtor** | Case No: 6:11-bk-11005-KSJ <br> Chapter 13 |

## Notice of Chapter 13 Confirmation Hearing

**PLEASE TAKE NOTICE** that the debtor filed a Chapter 13 Plan or Amended Chapter 13 Plan, a copy of which has previously been served upon you.

Creditors are advised that the payment amounts and frequency of payments as described in the debtor's plan will become effective upon confirmation of the plan unless the affected creditor files an objection to the confirmation within 21 days after the date of this notice. Such objection must be filed with the Clerk, United States Bankruptcy Court, 135 West Central Boulevard, Suite 950, Orlando, FL 32801.

**NOTICE IS FURTHER GIVEN** that a confirmation hearing will be held on 01/24/2012 at 09:30am in courtroom B, 135 West Central Boulevard, 5th floor, Orlando, FL.

At the confirmation hearing, the Court will hear and determine any objections to confirmation filed by any affected creditor. **The Court will also hear and determine each motion, objection, and other matter filed by any party in interest that is then pending and requires determination,** provided that the motion, objection, or other matter was filed and served a period of time before the confirmation hearing no less that that required by the Federal Rules of Bankruptcy Procedure for notice of hearing of such a matter. The Court deems that the debtor objects on the grounds of timeiness to all proofs of claim and amendments to proofs of claim filed by any creditor after the bar date for filing claims. If confirmation is denied, the Court may also consider dismissal or conversion.

Appropriate Attire. You are reminded that Local Rule 5072-(b) (16) requires that all persons appearing in Court should dress in business attire consistent with their financial abilitites. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073-1 restrcicts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Filed and served on the attached matrix this 15th day of November, 2011.

/S/ LAURIE K. WEATHERFORD
Laurie K Weatherford
Chapter 13 Trustee
Stuart Ferderer
Attorney for Trustee
FL Bar No. 0746967
PO Box 3450
Winter Park, FL 32790
Telephone: 407-648-8841
Facsimile: 407-648-2665
E-mail: info@c13orl.com

```
Label Matrix for local noticing          Bank of America, N.A., successor by merger t    Candica, L.L.C.
113A-6                                   Van Ness Law Firm PA                            c/o Weinstein & Riley, P.S.
Case 6:11-bk-11005-KSJ                   c/o Lindsey A Savastano                         2001 Western Ave., Ste. 400
Middle District of Florida               1239 E, Newport Center Drive, Suite 110         Seattle, WA 98121-3132
Orlando                                  Deerfield Beach, FL 33442-7711
Tue Nov 15 15:54:51 EST 2011

Edmondo D'Alfonso                        Florida Dept of Labor and Security              Florida Dept of Revenue
1130 Lake Rogers Circle                  Hartman Building, Suite 307                     P.O. Box 6668
Oviedo, FL 32765-7215                    2012 Capital Circle, Southeast                  Tallahassee, FL 32314-6668
                                         Tallahassee, FL 32399-6583


HSBC Bank Nevada, N.A.                   IRS                                             PRA Receivables Management LLC
Bass & Associates, P.C.                  Centralized Insolvency Operations               POB 41067
3936 E. Ft. Lowell Road, Suite #200      P.O. Box 7346                                   Norfolk, VA 23541-1067
Tucson, AZ 85712-1083                    Philadelphia, PA 19101-7346


Bac Home Loans Servici                   Bank Of America                                 Bank Of America
450 American St                          Attn: Bankruptcy NC4-105-02-99                  Attn: Bankruptcy NC4-105-03-14
Simi Valley, CA 93065-6285               Po Box 26012                                    Po Box 26012
                                         Greensboro, NC 27420-6012                       Greensboro, NC 27420-6012


Bank of America, N.A.                    Chase                                           Chase Bank USA, N.A.
successor by merger to BAC               Po Box 15298                                    PO Box 15145
Attn: Bankruptcy Department              Wilmington, DE 19850-5298                       Wilmington, DE 19850-5145
P.O. Box 650070
Dallas, TX 75265-0070


Citibank Usa                             FIA CARD SERVICES, N.A.                         FIA Card Services, NA as successor in intere
Citicorp Credit Services/Attn: Centraliz PO Box 15102                                    Bank of America NA and MBNA America Bank
Po Box 20507                             Wilmington, DE 19886-5102                       PO Box 15102
Kansas City, MO 64195-0507                                                               Wilmington, DE 19886-5102


Florida Department of Revenue            Hsbc/kawas                                      Internal Revenue Service
Bankruptcy Unit                          Pob 978                                         Post Office Box 7346
Post Office Box 6668                     Wood Dale, IL 60191-0978                        Philadelphia PA 19101-7346
Tallahassee FL 32314-6668


PNC BANK                                 Pnc Ne Er                                       (p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 94982                             4661 E Main St                                  PO BOX 41067
CLEVELAND, OH 44101-4982                 Columbus, OH 43213-3298                         NORFOLK VA 23541-1067


Seminole County Tax Cllctr               Seminole County Tax Collector                   Laurie K Weatherford +
1101 East 1st Street                     Attn:  Ray Valdes                               Post Office Box 3450
Sanford, FL 32771-1468                   Post Office Box 630                             Winter Park, FL 32790-3450
                                         Sanford FL 32772-0630


Richard S. Ralston +                     J. Anthony Van Ness +                           Ana V Devilliers +
Weinstein & Riley, P.S.                  Van Ness Law Firm P.A.                          Bankruptcy Law Group, PA
2001 Western Avenue, Suite 400           1239 E. Newport Center Drive, Ste. 110          PO Box 533041
Seattle, WA 98121-3132                   Deerfield Beach, FL 33442-7711                  Orlando, FL 32853-3041
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541




The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Karen S. Jennemann          (d)Candica, L.L.C.              End of Label Matrix
Orlando                         c/o Weinstein & Riley, P.S.    Mailable recipients    29
                                2001 Western Ave., Ste. 400    Bypassed recipients     2
                                Seattle, WA 98121-3132         Total                  31